**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS**

DR. THOMAS MURTHA, DVM

               Plaintiff,

  v.

VETERINARY INFORMATION
NETWORK, INC. and
DAVID DYCUS, DVM,

               Defendants.

**Civil Action No. 1:24-cv-12968-JEK**

**Motion to Withdraw as Counsel for Plaintiff Murtha**

Counsel for Plaintiff Dr. Thomas Murtha moves, pursuant to Rule 1.16(a) and (b), for leave to withdraw as counsel of record. Because both attorney and client agree that a breakdown in relations as well as the Plaintiff's notification of intention to discharge the attorney, compel such a withdrawal, good cause exists. Further, withdrawal can be accomplished without material adverse effect on the client and Plaintiff has been provided notice and an opportunity to obtain substitute counsel.

Counsel has represented Dr. Thomas Murtha in *Dr. Thomas Murtha v. Veterinary Information Network, Inc., et al*., Case No. 24-cv-12968-JEK, since November 2024. Since then, a breakdown in relations makes it clear that it would be in Dr. Murtha's best interests to proceed with other counsel. Additionally, Counsel has advised that continued representation would pose an unreasonable financial burden on counsel. Further, Dr. Murtha has indicated a desire to discharge counsel. For all these reasons, good cause exists to allow the withdrawal of Timothy Cornell as counsel for the Plaintiff in this matter.

This request is made in good faith and consistent with Counsel's ethical obligations. Counsel provided written notice to Dr. Murtha on May 29, 2026, requesting substitution of

counsel and advising of the intent to move to withdraw if substitution was not secured by June 30, 2026. There are no pending motion deadlines as of June 11, 2026 The current fact discovery cutoff is July 31, 2026 and a trial date has not been set.

Therefore, Counsel respectfully requests that the Court: grant this Motion and permit Timothy Cornell to withdraw as counsel of record for Plaintiff Dr. Thomas Murtha, effective immediately or on such date set by the Court.

June 11, 2026

For Plaintiff Dr. Thomas Murtha, DVM,

 /s/  Timothy Cornell

Timothy Cornell (BBO#: 654412)
CORNELL DOLAN, P.C.
Ten Post Office Square, Suite 800 South
Boston, Massachusetts 02109
(603) 277-0838
tcornell@cornelldolan.com

**Certificate of Conference**

Pursuant to Local Rule 7.1, I certify that I have conferred with counsel for the

Defendants regarding the above Motion, and that counsel has informed me the Defendants will

oppose this Motion.


/s/ Timothy Cornell

**Certificate of Service**


I certify that on June 11, 2026, I will electronically file this document through the Court's
CM/ECF system, and that all participants in the  case are registered CM/ECF users and that service
will be accomplished by the CM/ECF system.

/s/ Timothy Cornell

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS**

DR. THOMAS MURTHA, DVM

                Plaintiff,

  v.

VETERINARY INFORMATION
NETWORK, INC. and
DAVID DYCUS, DVM,

                Defendants.

**Civil Action No. 1:24-cv-12968-JEK**

**[DRAFT]** Order Granting Motion to Withdraw as Counsel

The Court, having considered the Motion to Withdraw as Counsel for Plaintiff Dr. Thomas Murtha, and good cause appearing, hereby ORDERS:

1. The Motion is GRANTED. Attorney Timothy Cornell is permitted to withdraw as counsel of record for Plaintiff Dr. Thomas Murtha.

2. Unless and until substitute counsel appears, Plaintiff shall be deemed pro se for purposes of service and notice.

3. Counsel shall promptly provide the client file and property to Plaintiff or to substitute counsel upon reasonable request, consistent with applicable rules.

4. All deadlines remain as set unless modified by further order of the Court. Plaintiff or substitute counsel may move, as appropriate, to adjust deadlines.

IT IS SO ORDERED.

Dated: [date to be determined]