UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS MURTHA, DVM,<br><br>Plaintiff,<br><br>v.<br><br>VETERINARY INFORMATION NETWORK, INC. and DAVID DYCUS, DVM,<br><br>Defendants. | C.A. No. 1:24-cv-12968-JEK |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DISCOVERY**

Now comes the Plaintiff, Thomas Murtha ("Plaintiff" or "Murtha"), by and through the undersigned counsel ("Counsel"), and respectfully moves this court to extend the current discovery deadline by 30 days, from the current deadline of September 30, 2026 to October 30, 2026.

In support of this motion, Plaintiff states as follows:

1. On June 23, 2026, this Court granted Plaintiff's Unopposed Motion to Extend Discovery, which extended the discovery deadline to September 30, 2026.

2. Despite Counsel's diligent efforts, Plaintiff has had difficulty obtaining predecessor counsel's complete file. To date, predecessor counsel still has not transferred his complete file.

3. The parties intend to take at least seven (7) additional depositions.

4. Through no fault of Plaintiff, Plaintiff will not be able to complete discovery by the current deadline of September 30, 2026.

5. Neither party shall be prejudiced by this Court extending the deadline to complete discovery until October 30, 2026, as evidenced by the fact that defendants' counsel has graciously indicated that he does not oppose this motion.

WHEREFORE, Murtha PRAYS that this court:

1. Extend the deadline to complete discovery until October 30, 2026; and

2. Order any other relief the court deems just and fair.

Respectfully submitted,

THOMAS MURTHA, DVM

By his attorney,

*/s/ Daniel M. Rabinovitz*
Daniel M. Rabinovitz, BBO # 558419
MURPHY & KING, P.C.
28 State Street, 31st Floor
Boston, MA 02109
(617) 423-0400
drabinovitz@murphyking.com

Dated: August 17, 2026

**CERTIFICATE OF SERVICE**

I, Daniel M. Rabinovitz, hereby certify that I have, on August 17, 2026, served a copy of the foregoing document, by causing a copy thereof, to be sent electronically, through the ECF system, to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF).

*/s/ Daniel M. Rabinovitz*
Daniel M. Rabinovitz

*#855908*