**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THOMAS MURTHA, III, DVM,<br><br>Plaintiff,<br>v.<br><br>VETERINARY INFORMATION NETWORK, INC. and DAVID DYCUS, DVM<br><br>Defendants. | Case No.: 1:24-CV-12968-JEK |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF SAMANTHA R. LOMBARD**

PLEASE TAKE NOTICE THAT Samantha R. Lombard, Esq. of the law firm Murphy & King, Professional Corporation, hereby withdraws her appearance on behalf of Plaintiff Thomas Murtha, III, DVM in the above-captioned matter.

Respectfully submitted,

THOMAS MURTHA, III, DVM,

By his attorney,

*/s/ Samantha R. Lombard*

Samantha R. Lombard, Esq. (BBO #715408)
MURPHY & KING, P.C.
28 State Street, Suite 3101
Boston, MA 02109
Telephone: (617) 423-0400
slombard@murphyking.com

Dated: November 12, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, I caused a copy of the foregoing to be filed via the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Samantha R. Lombard, Esq.*
Samantha R. Lombard. Esq.

*#857906*